UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                    Plaintiff,

          -against-

ERIN DALTON, et al.,

                    Defendants.

26-CV-3081 (LTS)

ORDER DIRECTING ADDRESS

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se,* brought this complaint without providing an address

of record at which he can be served with documents in this action. Rule 11(a) of the Federal

Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must

be signed . . . by a party personally if the party is unrepresented. The paper must state the

signer's address, email address, and telephone number." Fed. R. Civ. P. 11(a). Moreover, a

standing order in this district provides that "[i]t is a party's obligation to provide an address for

service . . . ." *In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-

Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y.

Mar. 18, 2024) ("Standing Order"); *see also Electronic Case Filing Rules*, Rule 8.2

("Electronically filed documents must include a signature block and must set forth the name,

address, telephone number and e-mail address all in compliance with the Federal Rules of Civil

Procedure and Local Civil Rule 11.1.").

Plaintiff is directed, within 30 days of the date of this order, either (1) to sign and submit

the Notice of Change of Address with a current address, (2) to consent to accept electronic

service of documents in this case; or (3) to explain any reason why Plaintiff is unable to do so.[1]

---

[1] If Plaintiff consents to accept electronic service, Plaintiff will no longer receive copies

Copies of these forms are attached. If Plaintiff submits the Notice of Change of Address or Consent to Electronic Service, the form must be labeled with docket number 26-CV-3081 (LTS).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to Plaintiff refiling it. This order shall be transmitted to a mailing address and an email address that Plaintiff used in an earlier action, and it is viewable on the docket. The Clerk of Court is direct to mail a copy of this order to Plaintiff at 141 West 110th Street #205, NY, NY 10026, and transmit a copy of this order by email to: wakeastoria@yahoo.com.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 16, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

by postal mail.

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

\_\_\_\_\_CV_____ (\_\_\_\_\_)(\_\_\_\_\_)

-against-

NOTICE OF CHANGE OF ADDRESS

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____       _____

Date      Signature

_____       _____

Name (Last, First, MI)      Prison Identification # (if incarcerated)

_____

Address     City     State     Zip Code

_____       _____

Telephone Number      E-mail Address (if available)

**PRO SE INTAKE WINDOW LOCATIONS:**
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

**MAILING ADDRESS:**
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address          City               State            Zip Code

_____
Telephone Number                    E-mail Address

_____
Date                                Signature