UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                              Plaintiff,
            -against-

ERIN DALTON, et al.,

                              Defendants.

26-CV-3081 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 21, 2026, the Court directed Plaintiff to show cause, within 30 days, why this action should not be dismissed without prejudice for his failure to provide a current address of record. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order").

Plaintiff has not provided a current address of record or otherwise communicated with the court. Accordingly, the Court dismisses this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for Plaintiff's failure to comply with the March 18, 2024 Standing Order. This dismissal is without prejudice to Plaintiff's filing a new civil action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:    June 9, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge