UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                      Plaintiff,

        -against-

ERIN DALTON, et al.,

                 Defendants.

26cv3081 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 9, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

  Dated:   June 10, 2026
           New York, New York

                             /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                     Chief United States District Judge